No. 15,889.

FARIS *v.* KOSCOVE ET AL.
(188 P. [2d] 890)

Decided January 12, 1948.

PER CURIAM.

Judgment affirmed in department without written opinion, MR. CHIEF JUSTICE BURKE, MR. JUSTICE HILLIARD and MR. JUSTICE HAYS, participating.

Mr. A. W. McHENDRIE, Mr. GEORGE M. CORLETT, for plaintiff in error.

Mr. V. G. SEAVY, Mr. T. L. WITCHER, for defendants in error.